UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARYANNE GUTIERREZ, | Case No. 1:07-cv-1268 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | |
| 78th JUDICIAL DISTRICT COURT and OCEANA COUNTY, | |
| Defendants. | |

# JUDGMENT

For the reasons stated in this court's contemporaneously issued opinion, **judgment is entered in favor of the defendants** and against the plaintiff as follows:

The court dismisses count one (FMLA claims) for lack of merit.

Pursuant to 28 U.S.C. § 1367(c), the court declines supplemental jurisdiction over count two, which is dismissed without prejudice.

This is a final and appealable order.

**IT IS SO ORDERED** on this 29th day of May 2009.

/s/ Paul L. Maloney
Honorable  Paul L. Maloney
Chief United States District Judge